UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD W. EWART,<br><br>                Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>                Defendant. | CASE NO. 2:17-cv-1905-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1 and 6) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 2nd day of January, 2018.

                                                              BRIAN A. TSUCHIDA
                                                              United States Magistrate Judge